**Steven P. OLIVER, Appellant**

v.

**FEDERAL BUREAU OF INVESTIGATION, et al., Appellees.**

No. 04–5445.

United States Court of Appeals, District of Columbia Circuit.

July 8, 2005.

Steven P. Oliver, Florence, CO, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, Kenneth L. Wainstein, U.S. Attorney, Peter D. Blumberg, U.S. Attorney's Office (USA) Civil Appellate, Washington, DC, for Appellees.

Before ROGERS, TATEL, and ROBERTS, Circuit Judges.

**808**

*JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed November 15, 2004, be affirmed. Appellant has disclaimed any intent to challenge the withholding of material pursuant to 5 U.S.C. § 552(b)(7)(C) and (D). Moreover, to the extent appellant is making a claim under *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), that he has been denied access to material exculpatory or impeachment evidence, his remedy is an action pursuant to 28 U.S.C. § 2255 in the sentencing court. *See* 28 U.S.C. § 2255; *Razzoli v. Federal Bureau of Prisons,* 230 F.3d 371 (D.C.Cir.2000).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.